# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| H.B. Fuller Company, a Minnesota corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. |
| | )   09-2827 JRT/JJG |
| United States Fire Insurance Company, a | ) |
| a Delaware corporation, and International | ) |
| Insurance Company, n/k/a TIG Insurance Company | ) |
| a California corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| United States Fire Insurance Company, | ) |
| a Delaware corporation, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Allstate Insurance Company as successor to | ) |
| Northbrook Insurance Company, an Illinois | ) |
| corporation; First State Insurance Company, a | ) |
| Connecticut corporation; and National Union | ) |
| Insurance Company of Pittsburgh, Pennsylvania, | ) |
| a Pennsylvania corporation, | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |
| H.B. Fuller, a Minnesota Corporation, | ) |
| | ) |
| Rule 14(a) Claimant, | ) |
| v. | ) |
| | ) |
| Allstate Insurance Company as successor to | ) |
| Northbrook Insurance Company, an Illinois | ) |
| Corporation; and First State Insurance Company, | ) |
| a Connecticut corporation, | ) |
| | ) |
| Rule 14(a) Defendants. | ) |
| | ) |

**CERTAIN INSURERS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Westchester Fire Insurance Company on behalf of United States Fire Insurance Company, Allstate Insurance Company as successor to Northbrook Insurance Company, and TIG Insurance Company, as successor by merger to International Insurance Company (collectively, "Certain Insurers") hereby cross-move for partial summary judgment that application of the "pro rata by time on the risk" allocation to certain underlying products liability cases requires plaintiff H.B. Fuller Company ("Fuller") to pay the pro rata share of any settlement or judgment that is allocable to Fuller's now-insolvent insurance carriers.

This motion is based on all the pleadings submitted herein, the accompanying Memorandum in Support of Cross-Motion for Partial Summary Judgment, and other such evidence and argument as may be presented to the Court in connection with this motion pursuant to the Local Rules.

WHEREFORE, Certain Insurers respectfully request that this Court grant partial summary judgment in favor of Certain Insurers and against Fuller.

DATED:          February 24, 2011                    Respectfully submitted,

                                         _____*/s/ Leslie A. Davis*_____
                                         James T. Martin (#68044)
                                         Gislason, Martin, Varpness & Janes, P.A.
                                         7600 Parklawn Avenue South
                                         Suite 444
                                         Edina, MN 55435
                                         (952) 831-5793

                                         Paul W. Kalish (D.C. Bar # 413050)
                                         Leslie A. Davis (D.C. Bar # 481138)
                                         Crowell & Moring LLP
                                         1001 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20004
                                         (202) 624-2500
                                         *Admitted Pro Hac Vice*

*Attorneys for Westchester Fire Insurance*
*Company, on behalf of U.S. Fire Insurance*
*Company with respect to policies of*
*insurance issued to H.B. Fuller by U.S. Fire*

Peter G. Van Bergen, Esq.
Cousineau McGuire Chartered
1550 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Phone:  (952) 546-8400

Robert R. Anderson III, Esq.
Daniel A. Waitzman, Esq.
Adam K. Snyder
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, IL 60602
Phone:  (312) 580-0100

*Attorneys for Allstate Insurance Company, solely as*
*successor in interest to Northbrook Excess and*
*Surplus Insurance Company, formerly known as*
*Northbrook Insurance Company*

John M. Anderson, Esq.
Janine M. Luhtala, Esq.
Bassford Remele, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
(612) 333-3000
(612) 333-8829

*Attorneys for TIG Insurance Company, as successor*
*by merger to International Insurance Company*