# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| H.B. Fuller Company, a Minnesota corporation,<br>    Plaintiff,<br><br>v.<br><br>United States Fire Insurance Company, a Delaware corporation; and International Insurance Company n/k/a TIG Insurance Company, a California corporation,<br>    Defendants. | Civil Action No. 09-2827 JRT/JJG<br><br>**PLACEHOLDER FOR REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**\*\*FILED UNDER SEAL\*\*** |

United States Fire Insurance Company, a Delaware corporation,
    Third-Party Plaintiff,

v.

Allstate Insurance Company, as successor to Northbrook Insurance Company, an Illinois corporation; First State Insurance Company, a Connecticut corporation; and National Union Insurance Company of Pittsburgh, Pennsylvania, a Pennsylvania corporation,
    Third-Party Defendants.

H. B. Fuller Company, a Minnesota corporation,
    Rule 14(a) Claimant,

v.

Allstate Insurance Company as successor to Northbrook Insurance Company, an Illinois corporation; and First State Insurance Company, a Connecticut corporation,
    Rule 14(a) Defendants.

### INTERNATIONAL INSURANCE COMPANY n/k/a TIG'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

**Item Under Seal pursuant to a court order (Document number of protective order: 58)**

E-file this placeholder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

**BASSFORD REMELE**
*A Professional Association*

Dated: September 21, 2011          By: s/Janine M. Loetscher
                                     John M. Anderson (License #2100)
                                     Janine M. Loetscher (License #0389055)
                                     *Attorneys for International Insurance Company n/k/a TIG Insurance Company*
                                     33 South Sixth Street, Suite 3800
                                     Minneapolis, Minnesota 55402-3707
                                     Telephone: (612) 333-3000
                                     Facsimile: (612) 333-8829
                                     janderson@bassford.com
                                     jloetscher@bassford.com

1082093