UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| H.B. Fuller Company,<br><br>        Plaintiff,<br><br>  v.<br><br>United States Fire Insurance Company, and International Insurance Company, n/k/a TIG Insurance Company,<br><br>        Defendants. | Court File No. 09-cv-02827 (JRT-JJG<br><br>**ORDER** |

United States Fire Insurance Company,

        Third-Party Plaintiff,

v.

Allstate Insurance Company as successor to Northbrook Insurance Company; First State Insurance Company; and National Union Fire Insurance Company of Pittsburgh, Pennsylvania,

        Third-Party Defendants.

H.B. Fuller Company, a Minnesota corporation,

        Rule 14(a) Claimant,

v.

Allstate Insurance Company as successor to Northbrook Insurance Company and First State Insurance Company,

        Rule 14(a) Defendants.

Before the Court is the letter dated July 10, 2012 from Randall J. Peters and

Catherine A. Naltsas of Lynberg & Watkins (Doc. No. 200), seeking to withdraw as counsel for third-party defendant National Union Fire Insurance Company of Pittsburgh, PA.  Timothy Tobin, local counsel, will continue to represent this defendant.  The Court will interpret this request as a motion to withdraw under Local Rule 83.7.

Based upon the all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Randall J. Peters and Catherine A. Naltsas shall be allowed to withdraw as counsel for third-party defendant National Union Fire Insurance Company of Pittsburgh, PA.  Timothy Tobin will continue to represent this defendant.

Dated:  July 18, 2012         s/ *Jeanne J. Graham*
                              JEANNE J. GRAHAM
                              United States Magistrate Judge