**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
316 NORTH ROBERT STREET, SUITE 346
ST. PAUL, MINNESOTA 55101

**JEANNE J. GRAHAM**　　　　　　　　　　　　　　　　　　　　　　　　Tel: 651-848-1890
U. S. MAGISTRATE JUDGE　　　　　　　　　　　　　　　　　　　　　　Fax: 651-848-1897

October 2, 2012

Counsel of Record　　　　　　　　　　　　　　　　　　　　　　　　　VIA CM/ECF

    RE:　H.B. Fuller Co. v United States Fire Ins. Co., et al
　　　　　Civil No. 09-2827 (JRT/JJG)

Dear Counsel:

    I have reviewed Ms. Lonergan's e-mail on behalf of all of the parties concerning the continuation of the settlement conference. I am willing to host the parties for another session of negotiations on Monday, December 10, 2012, beginning at 9:00 a.m.

    However, given the length of time between now and December 10th, I expect the parties to meet and confer on this matter in the interim. To be specific, I expect the parties to meet and confer on or before October 30, 2012, November 20, 2012 and December 5, 2012. And I expect the parties to submit a status report on the negotiations to my chambers e-mail box at graham_chambers@mnd.uscourts.gov by December 6, 2012, if the settlement conference is still necessary.

    Of course, if the parties reach an agreement to resolve this matter before the conference on December 10th, please notify chambers immediately. I appreciate the continued cooperation among the parties.

                              Sincerely,

                              s/ *Jeanne J. Graham*

                              JEANNE J. GRAHAM
                              United States Magistrate Judge