# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| H.B. Fuller Company, | COURT MINUTES – CIVIL |
| | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | |
| | Case No: CV 09-2827 (JRT/JJG) |
| United States Fire Insurance Company, et al, | Date: December 10, 2012 |
| | Courthouse: Saint Paul |
| | Courtroom: By telephone |
| Defendants. | Recording: None |
| | Time: 9:30 – 10:00 AM |
| | Time: 11:00 – 11:30 AM |
| | Time: 11:30 AM – 12:00 PM |
| | Time: 1:30 – 2:00 PM |
| | Time in Court: 2 Hour & 0 Minutes |
| United States Fire Insurance Company, | |
| Third-Party Plaintiff, | |
| v. | |
| Allstate Insurance Company as successor to Northbrook Insurance Company, et al, | |
| Third-Party Defendants. | |

Hearing on: **CONTINUED SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff:

Defendants:   Paul W. Kalish, John M. Anderson, Timothy P. Tobin, Robert R. Anderson

**PROCEEDINGS:**

☐   Settlement reached.  Terms stated on the record.

✔   No settlement reached.

2

**Other Remarks:**

     Discussion of settlement proposal.  The parties will continue to work on reaching a settlement.

                                                      s/ *Judith M. Kirby*
                                                       Courtroom Deputy