# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| H.B. Fuller Company, ) | COURT MINUTES – CIVIL |
| ) | BEFORE: JEANNE J. GRAHAM |
| ) | U.S. MAGISTRATE JUDGE |
| Plaintiff, ) | |
| v. ) | Case No:     CV 09-2827 (JRT/JJG) |
| ) | Date:        April 11, 2013 |
| United States Fire Insurance Company, ) | Courthouse:  Saint Paul |
| et al, ) | Courtroom:   Courtroom 3B |
| ) | 3A & 3B Jury Rms & |
| ) | Conf Rms 363-367 |
| Defendants. ) | Recording:   None |
| ) | Time Commenced:  9:00 AM |
| ) | Time Concluded:  6:15 PM |
| ) | Time in Court:  9 Hours & 15 Minutes |
| ) | |
| United States Fire Insurance Company, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Allstate Insurance Company as successor ) | |
| to Northbrook Insurance Company, et al, ) | |
| ) | |
| Third-Party Defendants. ) | |

Hearing on: **CONTINUED SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:    Lauren Lonergan

Defendants:   John M. Anderson, Timothy P. Tobin, Robert R. Anderson III, Wayne S. Karbal
              Paul Kalish appeared by telephone

## PROCEEDINGS:

☐     Settlement reached.

☐     No settlement reached.

**Other Remarks:**

A framework for settlement was created.  The Court will follow up with the parties within the next ten (10) days.

Janel Laboda appeared for the Plaintiff.  Theresa Carpenter appeared for United States Fire Insurance Company.  Brendan Clifford appeared for TIG Insurance Company. Laura Schoefer, Resolute New England, appeared for Nation Union Insurance Company. Tom Potocki appeared for Allstate Insurance Co.  Susan Casagrande, First Tech, appeared for First State Insurance Company.

  s/ *Judith M. Kirby*
Courtroom Deputy